LOUIS BASS, respondent,

*v*

HOME SECURITIES COMPANY OF WOODBRIDGE, NEW JERSEY,
appellant,

[Decided January 31st, 1927.]

On appeal from a decree of the court of chancery advised by
Vice-Chancellor Buchanan, who filed the following opinion:

"The bill is by vendor for specific performance of contract
of sale; the defense being that the title is not a marketable
one.   Defendant admits that the facts and circumstances are
precisely similar to those in *Elmore Development Co.* v.
*Binder, 97 N. J. Eq. 126,* and that under the doctrine of
*stare decisis* that case is controlling on the present issue.

"Decree will be advised for complainant, accordingly."

*Messrs. Stamler, Stamler & Koestler,* for the respondent.

*Mr. Leon L. McElroy* and *Mr. Leo S. Lowenkopf,* for the
appellant.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons
stated in the opinion filed in the court below by Vice-Chan-
cellor Buchanan.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, MIN-
TURN, KALISCH, BLACK, KATZENBACH, CAMPBELL, LLOYD,
VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, DEAR, JJ.
13.

*For reversal*—None.